# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY ALLEN PRESSLER,
Petitioner,
vs.
THE FOURTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF ELKO,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81878

FILED

OCT 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR
## A WRIT OF CORAM NOBIS

In this original pro se petition for a writ of error coram nobis, petitioner alleges several instances of ineffective assistance of trial and appellate counsel.

Having considered the petition, we deny the requested relief. The coram nobis remedy is limited in scope and not properly invoked here. *Trujillo v. State*, 129 Nev. 706, 716-19, 310 P.3d 594, 601-02 (2013) (recognizing that coram nobis is a discretionary writ and observing that its application is restricted to persons who are no longer in custody but seek to challenge a judgment of conviction in order to address a limited scope of factual errors, when those errors were material to the validity and regularity of the decision and would have precluded the judgment of conviction's entry had they been known).

Petitioner's basis for seeking relief is not cognizable on coram nobis review, as he does not allege that he is challenging a judgment of

20-39489

conviction, pursuant to which he is no longer in custody, nor do his claims address factual errors material to the validity and regularity of the judgment of conviction. *Id.* Accordingly, we

ORDER the petition DENIED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.
Hardesty

_____Silver_____, J.
Silver

cc:    Tony Allen Pressler
       Attorney General/Carson City
       Elko County District Attorney
       Elko County Clerk